Douglas L. Honnold
Timothy J. Preso
Jenny K. Harbine
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax:  (406) 586-9695
dhonnold@earthjustice.org
tpreso@earthjustice.org
jharbine@earthjustice.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>KEN SALAZAR, et al., <br><br>　　　　Defendants. | Case No.  CV-09-77-M-DWM <br> Case No.  CV-09-82-M-DWM <br> (Consolidated) <br><br> **DECLARATION OF JENNY HARBINE; EXHIBITS TO PRELIMINARY INJUNCTION MOTION** |
| GREATER YELLOWSTONE COALITION, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>KEN SALAZAR, et al., <br><br>　　　　Defendants. | |

I, Jenny K. Harbine, declare as follows:

1. I am a resident of Livingston, Montana.

2. I am employed as an associate attorney with Earthjustice in Bozeman, Montana.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Oakleaf, et al., Habitat selection by recolonizing wolves in the Northern Rocky Mountains of the United States, The Journal of Wildlife Management 70(2):554-563 (2006).

4. Attached hereto as **Exhibit 2** is a true and correct copy of Resolution of the Idaho Fish and Game Commission, Adopted August 17, 2009, available at http://fishandgame.idaho.gov/cms/wildlife/wolves/news/resolution.pdf.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Idaho Department of Fish and Game, Idaho Wolf Hunting Seasons and Rules (2009), available at http://fishandgame.idaho.gov/cms/hunt/wolf/wolfrules.pdf.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Montana Department of Fish, Wildlife, and Parks, Montana Wolf Hunting Regulations (2009), available at http://fwp.mt.gov/content/getItem.aspx?id=39546

7. Attached hereto as **Exhibit 5** is a true and correct copy of Idaho Department of Fish and Game, 2009 Idaho Gray Wolf Harvest Limit Options.

      I declare, under penalty of perjury, that the forgoing is true and correct.

Executed on August 20, 2009 in Bozeman, Montana.

                                                  _/s/ Jenny K. Harbine_____  
                                                  Jenny K. Harbine