Douglas L. Honnold
Timothy J. Preso
Jenny K. Harbine
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax:  (406) 586-9695
dhonnold@earthjustice.org
tpreso@earthjustice.org
jharbine@earthjustice.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KEN SALAZAR, et al., <br><br> Defendants. | Case No.  CV-09-77-M-DWM <br> Case No.  CV-09-82-M-DWM <br> (Consolidated) <br><br> **DECLARATION OF MICHAEL GARRITY** |
| GREATER YELLOWSTONE COALITION, <br><br> Plaintiff, <br><br> vs. <br><br> KEN SALAZAR, et al., <br><br> Defendants. | |

I, Michael Garrity, declare as follows:

1. I am a resident of Helena, Montana.

2. I am the Executive Director of the Alliance for the Wild Rockies, Inc. ("AWR"), a plaintiff in the above-captioned case. I am also an AWR member. Founded in 1987, AWR is a regional conservation organization focused on using public education, law and science to protect and restore the integrity of the ecosystems and biological connecting corridors of the Wild Rockies bioregion, including the Greater Yellowstone ecosystem. AWR has over 2,000 individual members and more than 500 member businesses and organizations.

3. AWR has actively advocated for wolf conservation and recovery since its founding. AWR submitted comments on wolf delisting and the 10j rule and regularly comments on Forest Service and BLM projects that would affect wolves such as timber sales, mining projects and grazing allotments.

4. I personally have camped, fished, hiked and skied in areas occupied by wolves throughout Montana, Wyoming and Idaho. I have hiked and skied in the Lolo and Clearwater National Forests and the Targhee National Forest. I have boated in the Boise National Forest and hiked, skied and camped in the Gallatin and Beaverhead-Deerlodge National Forests and Yellowstone and Glacier national Parks.

5. I have observed a wolf east of Rock Creek and south of I-90 on the Clark Fork River in western Montana in 1992 and I observed a wolf west of Boulder, MT in approximately 1995. These encounters are what make life special in the Northern Rockies, especially when compared to other backcountry experiences where there are no wolves. I intend to continue to visit areas occupied by wolves in the future in to hopes of seeing or hearing wolves in the wild including hiking this year in the Beaverhead-Deerlodge National Forest.

6. The recent delisting of wolves by FWS in the northern Rockies has paved the way for legal hunting of wolves. Montana established a hunting quota of 75 wolves and Idaho established a hunting quota of 220 wolves. Thus, the wolf hunts threaten to immediately reduce the northern Rockies wolf population.

7. Over the longer term, delisting has created the possibility that well over half the current wolf population in the northern Rockies could be killed. If Idaho and Montana reduce their wolf populations to the minimum levels that FWS has deemed adequate and that the states have adopted in their wolf management plans, the wolf population will be below the level necessary for even short-term viability.

8. The delisting of wolves will reduce the northern Rockies wolf population and make future encounters with wolves in the wild far less likely. The rule thus significantly harms both my aesthetic and conservation interests in

wolves. For me, life without wolves represents an unacceptable change in quality of life.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2009 in Helena, Montana.

*Michael Garrity*
Michael Garrity

3