MICHAEL R. EITEL, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, Colorado 80294
Tel. (303) 844-1479/ Fax (303) 844-1350
Email:  Michael.Eitel@usdoj.gov

*Additional Attorneys for Federal Defendants
listed on Signature Page*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., ) | Case No. cv-09-77-M-DWM (Lead) |
| ) | cv-09-82-M-DWM |
| Plaintiffs, ) | (consolidated cases) |
| v. ) | |
| ) | **FEDERAL DEFENDANTS'** |
| KEN SALAZAR, et al., ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Defendants. ) | |
| _____ ) | |
| ) | |
| GREATER YELLOWSTONE ) | |
| COALITION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KEN SALAZAR, et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

Federal Defendants move pursuant to Federal Rule of Civil Procedure 56 for summary judgment on Plaintiffs' Defenders of Wildlife, *et al.*, and Greater Yellowstone Coalition's complaints for declaratory and injunctive relief. As set forth in the accompanying memorandum in support of Federal Defendants' cross-motion for summary judgment, the United States Fish and Wildlife Service's ("FWS") Final Rule To Identify the Northern Rocky Mountain Population of Gray Wolf as a Distinct Population Segment and To Revise the List of Endangered and Threatened Wildlife, 74 Fed. Reg. 15123 (Apr. 2, 2009), and the record, FWS considered all relevant factors and articulated a rational basis for its decision. Further, FWS's decision complies with all applicable laws and is entitled to deference by the Court. *Lands Council v. McNair*, 537 F.3d 981, 991 (9th Cir. 2008) (*en banc*). For these reasons, the Court should grant Federal Defendants' Cross-Motion for Summary Judgment, deny Plaintiffs' Motions for Summary Judgment, and enter final judgment in favor of Federal Defendants.

Plaintiffs' counsel have indicated that they will oppose this motion.

DATED this 23rd day of November, 2009,

        WILLIAM W. MERCER
        United States Attorney for the District of Montana
        MARK SMITH, Assistant U.S. Attorney
        2929 Third Ave. North, Suite 400
        Billings, MT 59101
        Phone: (406) 247-4633 /  Fax: (406) 657-6989

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division
        JEAN E. WILLIAMS, Section Chief


      */s/ Michael R. Eitel*
      MICHAEL R. EITEL, Trial Attorney
      United States Department of Justice
      Environment & Natural Resources Division
      Wildlife & Marine Resources Section
      1961 Stout Street, 8th Floor, Room 812
      Denver, Colorado 80294
      Tel. (303) 844-1479/ Fax (303) 844-1350
      Email:  Michael.Eitel@usdoj.gov

OF COUNSEL:
MARGOT ZALLEN
Department of the Interior
Office of the Solicitor
Rocky Mountain Region
Lakewood, Colorado

      *Attorneys for Federal Defendants*

## CERTIFICATE OF COMPLIANCE

    I certify that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 172 words of text.

      */s/ Michael R. Eitel*
      MICHAEL R. EITEL, Trial Attorney

## CERTIFICATE OF SERVICE

    I certify that on the 23rd day of November, 2009, the Department of Justice served copies of the attached document by CM/ECF to counsel of record.

      */s/ Michael R. Eitel*
      MICHAEL R. EITEL, Trial Attorney