# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## MISSOULA DIVISION

| | | |
|---|---|---|
| **Defenders of Wildlife, et al.** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | **JUDGMENT** |
| **vs.** | **)** | |
| | **)** | **CV 09-77-M-DWM** |
| **Ken Salazar, et al.** | **)** | **CV 09-82-M-DWM** |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |
| | **)** | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___**X**___ **Decision by Court.**

**IT IS HEREBY ORDERED** that Plaintiffs' Motions for Summary Judgment (dkt ## 105, 106) are **GRANTED** in part and **DENIED** in part as moot. They are **GRANTED** as to Count I of Plaintiffs Defenders of Wildlife, et al.' s Complaint and Count III of Plaintiff Greater Yellowstone Coalition's Complaint, and **DENIED** as moot in all other aspects.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (dkt ## 113, 118, 121, 125, 128, 129) are **DENIED** in part on the merits as to Count I of Plaintiffs Defenders of Wildlife, et al.' s Complaint and Count III of Plaintiff Greater Yellowstone Coalition's Complaint, and DENIED in part as moot in all other respects.

Finally, **IT IS ORDERED** that the April 2, 2009 Final Rule to Identify the Northern Rocky Mountain Population of Gray Wolf as a Distinct Population Segment (74 Fed. Reg. 15,123) is **VACATED** and set aside.

Dated this 5th day of August,  2010.


PATRICK E. DUFFY, CLERK

By:   /s/ Coleen Hanley_____
         Deputy Clerk