Douglas L. Honnold
Timothy J. Preso
Jenny K. Harbine
Earthjustice
313 E. Main St.
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
dhonnold@earthjustice.org
tpreso@earthjustice.org
jharbine@earthjustice.org

*Attorneys for Plaintiffs
Defenders of Wildlife, et al.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KEN SALAZAR, et al., <br><br> Defendants. | Case No. CV-09-77-M-DWM <br> Case No. CV-09-82-M-DWM <br> (Consolidated) <br><br> **PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS** |
| GREATER YELLOWSTONE COALITION, <br><br> Plaintiff, <br><br> vs. <br><br> KEN SALAZAR, et al., <br><br> Defendants. | |

Plaintiffs Defenders of Wildlife, et al., move this Court for an award of attorneys' fees and costs pursuant to the Endangered Species Act, 16 U.S.C. § 1540(g)(4) ("ESA"), and the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  Plaintiffs seek an award of $633,047.50 in attorneys fees and $7,535.95 in costs—for a total request of $640,583.45—for their successful prosecution of this litigation.  The reasons why this motion should be granted are set forth in the accompanying memorandum and supporting declarations and exhibits, and are supported by the entire record in this case.

Pursuant to Local Rule 7.1(j), Plaintiffs' counsel contacted counsel for Federal Defendants who indicated that they oppose this motion.

Respectfully submitted this 21st day of November, 2012,

      /s/  Douglas L. Honnold
Douglas L. Honnold
Timothy J. Preso
Jenny K. Harbine
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
dhonnold@earthjustice.org
tpreso@earthjustice.org
jharbine@earthjustice.org

*Attorneys for Plaintiffs*