IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, HUMANE SOCIETY OF THE UNITED STATES, CENTER FOR BIOLOGICAL DIVERSITY, JACKSON HOLE CONSERVATION ALLIANCE, FRIENDS OF THE CLEARWATER, ALLIANCE FOR THE WILD ROCKIES, OREGON WILD, CASCADIA WILDLANDS, WESTERN WATERSHEDS PROJECT, WILDLANDS NETWORK, and HELLS CANYON PRESERVATION COUNCIL,<br><br>    Plaintiffs,<br><br> v.<br><br>KEN SALAZAR, Secretary of the Interior, ROWAN GOULD, Acting U.S. Fish and Wildlife Service Director, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br> v. | CV 09-77-M-DWM<br>CV 09-82-M-DWM<br>(consolidated)<br><br>ORDER |

-1-

| | |
|---|---|
| STATE OF IDAHO, SAFARI CLUB INTERNATIONAL, SPORTSMEN FOR FISH AND WILDLIFE, MONTANA FARM BUREAU FEDERATION, IDAHO FARM BUREAU FEDERATION, MOUNTAIN STATES LEGAL FOUNDATION, STATE OF MONTANA, MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS, GOVERNOR C.L. "BUTCH" OTTER, NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Intervenor-Defendants. | ) ) ) |
| GREATER YELLOWSTONE COALITION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KEN SALAZAR, Secretary of the Interior, ROWAN GOULD, Acting U.S. Fish and Wildlife Service Director, and UNITED STATES FISH AND WILDLIFE SERVICE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

The parties filed a joint stipulation and proposed order to approve a settlement of attorney's fees and costs. (Doc. 223.)

IT IS ORDERED that the Court approves the amount of attorney's fees

agreed upon in the settlement.

Dated this 22nd day of February 2013.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT